■ In the Matter of the Arbitration between OHIO CASUALTY INSURANCE COMPANY, as Successor in Interest to Policy Pac 0848344 Issued by GREAT AMERICAN INSURANCE COMPANY and its Subsidiary AMERICAN ALLIANCE INSURANCE COMPANY, Ap-

pellant, and ARBITRATION FORUMS, INC., Respondent, and HART-FORD CASUALTY INSURANCE COMPANY et al., Respondents. [757 NYS2d 398] —Appeal from a judgment of Supreme Court, Onondaga County (Carni, J.), entered March 5, 2002, which dismissed the petition seeking a stay of arbitration.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs.

Memorandum: Supreme Court properly dismissed the petition seeking a stay of arbitration. By participating in the arbitration proceeding, i.e., by responding to claims and appearing at arbitration hearings without any reservation of rights, petitioner waived its right to a stay of arbitration (*see* CPLR 7503 [b]; *Matter of North Riv. Ins. Co. [Morgan]*, 291 AD2d 230, 233 [2002]; *Matter of Home Mut. Ins. Co. v Springer*, 130 AD2d 493 [1987]). In light of our determination, it is not necessary to address petitioner's remaining contention. Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Gorski, JJ.